**Jessie S. LOMBARDINO, Petitioner-Appellant,**

v.

**Louis A. HEYD, Jr., Criminal Sheriff, Respondent-Appellee.**

**No. 30871**

**Summary Calendar.***

United States Court of Appeals, Fifth Circuit.

Feb. 17, 1971.

Kendall L. Vick, New Orleans, La., for petitioner-appellant.

Numa V. Bertel, Jr., Asst. Dist. Atty., Orleans Parish, New Orleans, La. Jim Garrison, Dist. Atty., for the Parish of Orleans, State of Louisiana, for respondent-appellee.

Before GEWIN, GOLDBERG and DYER, Circuit Judges.

PER CURIAM:

The appellant seeks a reversal of the judgment of the district court denying his petition seeking release from state custody by writ of habeas corpus. We have carefully considered the record and the contentions of the appellant and perceive no error in the judgment of the district court. 318 F.Supp. 648 (E.D. La.1970). Accordingly, the judgment is

Affirmed.